# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Edward Powell, | No. CV 1:08-1443-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Warden D. Smith, et al., | |
| Defendants. | |

Defendants have filed a Motion to Dismiss (Doc. #25) pursuant to Rule 12(b) of the Federal Rules of Civil Procedure for failure to exhaust prison administrative remedies as required by 42 U.S.C. § 1997e(a).

### NOTICE--WARNING TO PLAINTIFF
### *THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT[1]*

Defendants' Motion to Dismiss seeks to have your case dismissed for failure to exhaust prison administrative remedies as required by 42 U.S.C. § 1997e(a). A motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure will, if granted, end your case. When deciding a motion to dismiss for failure to exhaust, the Court may consider evidence beyond your complaint, including sworn declarations and other admissible documentary evidence. Moreover, if Defendants produce admissible evidence demonstrating

---

[1] Wyatt v. Terhune, 315 F.3d 1108, 1120 n.14 (9th Cir. 2003).

1  that you failed to exhaust available administrative remedies, your complaint will be
2  dismissed without prejudice unless your response to Defendants' Motion includes admissible
3  evidence sufficient to show that you exhausted all available administrative remedies or that
4  no administrative remedies were available to you. Types of admissible evidence may include
5  copies of your grievances, grievance responses and sworn declarations.

6  You must timely respond to all motions. The Court may, in its discretion, treat your
7  failure to respond to Defendants' Motion to Dismiss as a consent to the granting of that
8  Motion without further notice, and judgment may be entered dismissing this action without
9  prejudice pursuant to Rule 78-230(m) of the Local Rules of Civil Procedure. See Brydges
10 v. Lewis, 18 F.3d 651 (9th Cir. 1994) (*per curiam*).

11 **IT IS ORDERED** that Plaintiff must file a response to Defendants' Motion to
12 Dismiss, together with copies of grievances, sworn declarations or other admissible evidence,
13 no later than **December 4, 2009**. The response and its supporting memorandum shall not
14 exceed seventeen (17) pages, exclusive of attachments.

15 **IT IS FURTHER ORDERED** that Defendants may file a reply within 15 days after
16 service of Plaintiff's response. The reply and its supporting memorandum shall not exceed
17 eleven (11) pages, exclusive of attachments.

18 **IT IS FURTHER ORDERED** that the Motion to Dismiss will be deemed ready for
19 decision without oral argument on the day following the date set for filing a reply unless
20 otherwise ordered by the Court.

21 DATED this 3rd day of November, 2009.

Stephen M. McNamee
United States District Judge