# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Tony Edward Powell, | ) | No. 1:08-CV-1443-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Warden D. Smith, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

Before the Court is Plaintiff's Motion to Supplement. (Doc. 49.) Plaintiff requests that he be allowed to supplement his current motion. (Id.) The Court is unaware of a current motion and will deny Plaintiff's Motion to Supplement.

This Court dismissed this case without prejudice on February 8, 2010. (Doc. 38.) Currently, this case is on appeal at the Ninth Circuit Court of Appeals, No. 11-17551. (Docs. 48, 50.) The filing of a notice of appeal divests a district court of jurisdiction and vests jurisdiction in the court of appeals. See Stein v. Wood, 127 F.3d 1187, 1189 (9th Cir. 1997).

Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion to Supplement. (Doc. 49.) The Clerk is directed to mail Plaintiff a copy of this Order.

DATED this 2nd day of December, 2011.

Stephen M. McNamee
United States District Judge