# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Edward Powell, | No. 1:08-CV-01443-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Warden D. Smith, et al., | |
| Defendants. | |

This case is on appeal in the Ninth Circuit Court of Appeals, COA No. 11-17551. On November 8, 2012, Plaintiff noticed appeal from this Court's judgment. (Doc. 58.) Since noticing appeal, Plaintiff has continued to file motions in this Court. (Docs. 60-62.) Although the district court retains jurisdiction to make certain clarifications even after a notice of appeal is filed, see Kern Oil & Ref. Co. v. Tenneco Oil Co., 840 F.2d 730, 734 (9th Cir. 1988), at this time Plaintiff's motions are more properly addressed to the Court of Appeals. Also pending before the Court is Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* status. (Doc. 65.)

On November 9, 2012, the Ninth Circuit Court of Appeals issued an Order processing Plaintiff's appeal and continuing Plaintiff's *in forma pauperis* status for his appeal. (Doc. 59, 64.) This Ninth Circuit Order renders moot all of Plaintiff's motions before this Court. (Id.) The Court will deny Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion re: exhibit and motion to

1  proceed *in forma pauperis* is denied as **moot**.  (Doc. 60.)

2  **IT IS FURTHER ORDERED** that Plaintiff's motion for independent action to
3  obtain relief from judgment is denied as **moot**.  (Doc. 62.)

4  **IT IS FURTHER ORDERED DENYING** Defendants' motion to revoke Plaintiff's
5  *In Forma Pauperis* status.  (Doc. 65.)

6  **IT IS FURTHER ORDERED** that the Clerk of Court shall forward a copy of this
7  Order to the Clerk of the Ninth Circuit Court of Appeals.

8  DATED this 6th day of March, 2013.

Stephen M. McNamee
Senior United States District Judge